

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2021

No. 04-20-00264-CR

Montrail Thomas **BUTLER,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6323
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Lori I. Valenzuela, Justice

Appellant's brief, originally due on September 3, 2020, has not been filed. Appellant is represented on appeal by court-appointed attorney, Ms. Judith Wemmert. On March 24, 2021, this court convened a hearing to consider whether Ms. Wemmert should be held in criminal contempt and civil contempt of this court or otherwise sanctioned for violating this court's January 7, 2021 order by failing to file appellant's brief by January 18, 2021.

Ms. Wemmert and her counsel Ms. Rashin Mazaheri appeared at the hearing. Based on Ms. Wemmert's representation to the court that she would file appellant's brief on or before April 12, 2021, the court sua sponte continued the hearing to April 20, 2021.

Accordingly, it is therefore ORDERED that Ms. Wemmert file appellant's brief **no later than April 12, 2021**. It is further ORDERED that Ms. Wemmert **appear on April 20, 2021 at 10:00 a.m.**, before a panel consisting of Chief Justice Martinez, Justice Alvarez, and Justice Valenzuela to show cause why she should not be held in criminal contempt and civil contempt of this court or otherwise sanctioned for violating this court's January 7, 2021 order by failing to file appellant's brief by January 18, 2021.

It is so **ORDERED** on this 25th day of March, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court